UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                              §
                                                    §
DON CARLOS FOODS INC                                §        Case No. 07-20144 RAM
                                                    §
                              Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor filed a petition under chapter    of the United States Bankruptcy Code on
    .  The undersigned trustee was appointed on                  .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Administrative expenses
        Payments to creditors
        Non-estate funds paid to 3rd Parties
        Payments to the debtor

        Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

6.  The deadline for filing claims in this case was                  . All claims of each class
which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $       .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $       as interim compensation and now requests a sum of $      , for a total compensation of $      .  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $    , and now requests reimbursement for expenses of $    , for total expenses of $    .

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____ By:/s/DREW M. DILLWORTH _____
                                            Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1 - EXHIBIT A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit A

Case No:        07-20144    RAM    Judge: ROBERT A. MARK

Case Name:    DON CARLOS FOODS INC

For Period Ending:  03/24/10

Trustee Name:                DREW M. DILLWORTH

Date Filed (f) or Converted (c):   11/16/07 (f)

341(a) Meeting Date:          12/21/07

Claims Bar Date:              03/20/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK OF AMERICA CHECKING ACCOUNT XXXX 6878 | 1,327.17 | 0.00 | DA | 0.00 | FA |
| 2. LANDLORD | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 3. LAFE FOODS PURCHASE | 95,818.00 | 87,500.20 | | 87,500.20 | FA |
| 4. EQUITABLE OR FUTURE INTERESTS     Refund from worker's comp. Amended schedules filed 12/21/07 | Unknown | 4,327.00 | | 4,327.00 | FA |
| 5. OTHER MISCELLANEOUS (u)     Settlement with Amex | Unknown | 45,000.00 | | 45,000.00 | FA |
| 6. OTHER MISCELLANEOUS (u)     Settlement with ConAgra Foods | Unknown | 3,898.12 | | 3,898.12 | FA |
| 7. OTHER MISCELLANEOUS (u)     Settlement with Capital One | Unknown | 11,000.00 | | 11,000.00 | FA |
| 8. OTHER MISCELLANEOUS (u)     AGL  Resources A/R | Unknown | 1.09 | | 1.09 | FA |
| 9. OTHER MISCELLANEOUS (u)     Citibank settlement | Unknown | 15,000.00 | | 15,000.00 | FA |
| 10. OTHER MISCELLANEOUS (u)     Settlement with JP Morgan Chase (Adversary) | Unknown | 9,200.00 | | 9,200.00 | FA |

FORM 1 - EXHIBIT A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit A

Case No:    07-20144    RAM    Judge: ROBERT A. MARK

Case Name:    DON CARLOS FOODS INC

Trustee Name:    DREW M. DILLWORTH
Date Filed (f) or Converted (c):    11/16/07 (f)
341(a) Meeting Date:    12/21/07
Claims Bar Date:    03/20/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. OTHER MISCELLANEOUS (u)<br>    Settlement with Gulf Coast Plastics | Unknown | 1,818.55 | | 1,818.55 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 143.97 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $104,145.17    $177,744.96        $177,888.93    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/09        Current Projected Date of Final Report (TFR): 12/31/10

_____    Date: _____

DREW M. DILLWORTH

LFORM1

**UST Form 101-7-TFR (9/1/2009)** *(Page: 4)*

Ver: 15.06b

FORM 2 - EXHIBIT B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

Case No:       07-20144 -RAM
Case Name:     DON CARLOS FOODS INC

Taxpayer ID No:   *******8067
For Period Ending:   03/24/10

Trustee Name:         DREW M. DILLWORTH
Bank Name:            BANK OF AMERICA, N.A.
Account Number / CD #:   *******2876  BofA - Money Market Account

Blanket Bond (per case limit):   $ 1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/04/08 | 3 | LaFe Foods<br>230 Moonachie Ave.<br>Moonachie, NJ 07074 | Accounts Receivables | 1221-000 | 4,166.60 | | 4,166.60 |
| 01/04/08 | 8 | AGL Resources<br>P.O. Box 4569<br>Atlanta, GA 30302 | Accounts Receivable | 1221-000 | 1.09 | | 4,167.69 |
| 01/17/08 | 4 | The Zenith<br>Zenith Insurance Company<br>21255 Califa St.<br>WoodlandHills, CA 91367-5021 | Insurance Premium Return | 1149-000 | 4,327.00 | | 8,494.69 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 1.61 | | 8,496.30 |
| 02/11/08 | 3 | LaFe Foods<br>230 Moonachie Ave.<br>Moonachie, NJ 07074 | Accounts Receivable | 1221-000 | 4,166.60 | | 12,662.90 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 2.52 | | 12,665.42 |
| 03/14/08 | 3 | LaFe Foods<br>230 Moonachie Ave.<br>Moonachie, NJ 07074 | Accounts Receivable | 1221-000 | 4,166.60 | | 16,832.02 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 3.36 | | 16,835.38 |
| | | | | | | | |

Page Subtotals        16,835.38        0.00

Ver: 15.06b

LFORM24

**UST Form 101-7-TFR (9/1/2009)** *(Page: 5)*

FORM 2 - EXHIBIT B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit B

| Case No: | 07-20144 -RAM | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | DON CARLOS FOODS INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2876  BofA - Money Market Account |
| Taxpayer ID No: | *******8067 | | |
| For Period Ending: | 03/24/10 | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/09/08 | 3 | LaFe Foods<br>230 Moonachie Ave<br>Moonachie, NJ 07074 | Accounts Receivable | 1221-000 | 4,166.60 | | 21,001.98 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 3.93 | | 21,005.91 |
| 05/05/08 | 000301 | Bank of America<br>Legal Order Processing<br>FL6-001-02-11<br>1425 NW 62nd St.<br>Ft. Lauderdale, FL 33309 | Invoice dated 03/26/08 | 2990-000 | | 1,177.44 | 19,828.47 |
| 05/09/08 | 3 | LaFe Foods<br>230 Moonachie Ave.<br>Moonachie, NJ 07074 | Accounts receivable | 1221-000 | 4,166.60 | | 23,995.07 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.83 | | 23,997.90 |
| 06/10/08 | 3 | La Fe Foods<br>230 Moonachie Ave.<br>Moonachie, NJ 07074 | Accounts Receivable | 1221-000 | 4,083.27 | | 28,081.17 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.26 | | 28,084.43 |
| 07/10/08 | 3 | LaFe Foods<br>230 Moonachie Ave.<br>Moonachie, NJ 07074 | Accounts Receivable | 1221-000 | 4,249.93 | | 32,334.36 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.88 | | 32,338.24 |

Page Subtotals        16,680.30        1,177.44

Ver: 15.06b

**FORM 2 - EXHIBIT B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  3

Exhibit B

| | |
|---|---|
| Case No: | 07-20144 -RAM |
| Case Name: | DON CARLOS FOODS INC |
| Taxpayer ID No: | *******8067 |
| For Period Ending: | 03/24/10 |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2876  BofA - Money Market Account |
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/06/08 | 11 | Gulf Coast Plastics<br>9314 Princess Palm Ave.<br>Tampa, FL 33619 | Settlement (DE 52) | 1241-000 | 1,818.55 | | 34,156.79 |
| 08/19/08 | 3 | LAFE Foods<br>230 Moonachie Ave.<br>Moonachie, NJ 07074 | Accounts Receivable | 1221-000 | 4,166.60 | | 38,323.39 |
| 08/21/08 | 3 | LaFe Foods<br>230 Moonachie Ave<br>Moonachie, NJ 07074 | Accounts Receivable | 1221-000 | 4,166.60 | | 42,489.99 |
| 08/27/08 | 3 | LaFe Foods<br>230 Moonachie Ave.<br>Moonachie, NJ 07074 | Accounts Receivable | 1221-000 | 4,166.60 | | 46,656.59 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 4.54 | | 46,661.13 |
| 09/02/08 | 9 | David Burroughs Citibank<br>(South Dakota) N.A.<br>POB 6500<br>Sioux Falls, SD 57117 | settlement (DE 52) | 1241-000 | 15,000.00 | | 61,661.13 |
| 09/04/08 | 3 | LaFe Foods<br>230 Moonachie Ave.<br>Moonachie, NJ 07074 | Accounts Receivable | 1221-000 | 4,166.60 | | 65,827.73 |
| 09/15/08 | 3 | LAFE Foods | Accounts Receivable | 1221-000 | 4,166.60 | | 69,994.33 |

Page Subtotals     37,656.09     0.00

Ver: 15.06b

FORM 2 - EXHIBIT B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  4

Exhibit B

| Case No: | 07-20144 -RAM | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | DON CARLOS FOODS INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2876  BofA - Money Market Account |
| Taxpayer ID No: | *******8067 | | |
| For Period Ending: | 03/24/10 | Blanket Bond (per case limit): | $  1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 230 Moonachie Ave. Moonachie,  NJ 07074 | | | | | |
| 09/18/08 | 5 | American Express Travel Related Services Co. 20002 N. 19th Ave. Phoenix, AZ 85027 | Settlement with AMEX (DE 57) | 1241-000 | 45,000.00 | | 114,994.33 |
| 09/18/08 | 6 | ConAgra Foods One Conagra Drive Omaha, NE 68102 | Settlement with ConAgra (DE 72) | 1241-000 | 3,898.12 | | 118,892.45 |
| 09/29/08 | 10 | JPMorgan Chase 601 Travis St. 19th Fl Houston, TX 77002 | Adversary Settlement (DE 60) | 1241-000 | 9,200.00 | | 128,092.45 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 9.54 | | 128,101.99 |
| 10/01/08 | 3 | LaFe Foods 230 Moonachie Ave Moonachie, NJ 07074 | Accounts Receivable | 1221-000 | 4,166.60 | | 132,268.59 |
| 10/03/08 | 7 | Capital One POB 85508 Richmond, VA 23285-5508 | Settlement w/ Capital One (DE 53) | 1249-000 | 11,000.00 | | 143,268.59 |
| 10/09/08 | 3 | LaFe Foods 230 Moonachie Ave. | Accounts Receivable | 1221-000 | 4,166.60 | | 147,435.19 |

Page Subtotals             77,440.86             0.00

Ver: 15.06b

LFORM24

**UST Form 101-7-TFR (9/1/2009)** *(Page: 8)*

**FORM 2 - EXHIBIT B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit B

Case No:        07-20144 -RAM

Case Name:    DON CARLOS FOODS INC

Trustee Name:        DREW M. DILLWORTH

Bank Name:        BANK OF AMERICA, N.A.

Account Number / CD #:    *******2876  BofA - Money Market Account

Taxpayer ID No:    *******8067

For Period Ending:  03/24/10

Blanket Bond (per case limit):    $  1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Moonachie, NJ 07074 | | | | | |
| 10/15/08 | 3 | LaFe Foods 230 Moonacie Ave. Moonachie, NJ 07074 | Accounts Receivable | 1221-000 | 4,166.60 | | 151,601.79 |
| 10/31/08 | 3 | LAFE Foods 230 Moonachie Ave. Moonachie, NJ 07074 | Accounts Receivable | 1221-000 | 4,166.60 | | 155,768.39 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 13.77 | | 155,782.16 |
| 11/04/08 | 3 | LAFE Foods 230 Moonachie Ave. Moonachie, NJ 07074 | Accounts Receivable | 1221-000 | 4,166.60 | | 159,948.76 |
| 11/14/08 | 3 | La Fe Foods 230 Moonachie Ave. Moonachie, NJ 07074 | Accounts Receivable | 1221-000 | 4,166.60 | | 164,115.36 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 13.08 | | 164,128.44 |
| 12/01/08 | 3 | LaFe Foods 230 Moonachie Ave. Moonachie, NJ 07074 | Accounts Receivable | 1221-000 | 4,166.60 | | 168,295.04 |
| 12/05/08 | 3 | LaFe Foods 230 Moonachie Ave. Moonachie, NJ 07074 | Accounts Receivable | 1221-000 | 4,166.60 | | 172,461.64 |

Page Subtotals        25,026.45        0.00

Ver: 15.06b

LFORM24

**UST Form 101-7-TFR (9/1/2009)** *(Page: 9)*

**FORM 2 - EXHIBIT B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit B

| | |
|---|---|
| Case No: 07-20144 -RAM | |
| Case Name: DON CARLOS FOODS INC | |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2876 BofA - Money Market Account |

Taxpayer ID No: *******8067
For Period Ending: 03/24/10

Blanket Bond (per case limit): $ 1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/10/08 | 3 | LAFE Foods<br>230 Moonachie Ave.<br>Moonachie, NJ 07074 | A/R | 1221-000 | 4,168.20 | | 176,629.84 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 9.25 | | 176,639.09 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 2.99 | | 176,642.08 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 2.71 | | 176,644.79 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 3.01 | | 176,647.80 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.26 | | 176,655.06 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.50 | | 176,662.56 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.26 | | 176,669.82 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.50 | | 176,677.32 |
| 08/04/09 | 000302 | James B. Miller<br>19 W. Flagler St.<br>Suite 416<br>Miami, FL 33130 | Order dated 7/28/09 DE 82 | 3210-000 | | 59,278.00 | 117,399.32 |
| 08/04/09 | 000303 | James B. Miller, Esq.<br>19 W. Flagler St.<br>Suite 416 | Order dated 7/28/09 DE 82 | 3220-000 | | 544.89 | 116,854.43 |

Page Subtotals: 4,215.68    59,822.89

Ver: 15.06b

LFORM24

**UST Form 101-7-TFR (9/1/2009)** *(Page: 10)*

**FORM 2 - EXHIBIT B**

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:      07-20144  -RAM
Case Name:   DON CARLOS FOODS INC

Trustee Name:        DREW M. DILLWORTH
Bank Name:           BANK OF AMERICA, N.A.
Account Number / CD #:   *******2876  BofA - Money Market Account

Taxpayer ID No:  *******8067
For Period Ending:  03/24/10

Blanket Bond (per case limit):   $  1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Miami, FL 33130 | | | | | |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.21 | | 116,859.64 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.80 | | 116,864.44 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.96 | | 116,869.40 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.80 | | 116,874.20 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.96 | | 116,879.16 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.96 | | 116,884.12 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.48 | | 116,888.60 |

|  | | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| COLUMN TOTALS | | 177,888.93 | 61,000.33 | 116,888.60 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 177,888.93 | 61,000.33 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 177,888.93 | 61,000.33 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - *******2876 | 177,888.93 | 61,000.33 | 116,888.60 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 177,888.93 | 61,000.33 | 116,888.60 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         34.17         0.00

Ver: 15.06b

LFORM24
**UST Form 101-7-TFR (9/1/2009)** *(Page: 11)*

**FORM 2 - EXHIBIT B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   8

Exhibit B

| | |
|---|---|
| Case No: | 07-20144  -RAM |
| Case Name: | DON CARLOS FOODS INC |
| Taxpayer ID No: | *******8067 |
| For Period Ending: | 03/24/10 |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2876  BofA - Money Market Account |
| Blanket Bond (per case limit): | $  1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BofA - Money Market Account - *******2876 | | | | |
| | | | | | | | |
| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 15.06b

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-20144 | | Page 1 | | | Date: March 26, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | DON CARLOS FOODS INC | | Claimant's Name Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000005 070 7100-00 | Bank of America NA POB 26012 NC4-105-03-14 Greensboro,NC 27420 | Unsecured | | $87,068.92 | $0.00 | $87,068.92 |
| 000006A 070 7100-00 | Lawrence Bieler Atty for Marvin and Ruth Mandel One Biscayne Tower, Ste 3700 Two South Biscayne Blvd Miami, FL 33131 | Unsecured | | $45,000.00 | $0.00 | $45,000.00 |
| 000006B 050 4110-00 | Lawrence Bieler Atty for Marvin and Ruth Mandel One Biscayne Tower, Ste 3700 Two South Biscayne Blvd Miami, FL  33131 | Secured | | $7,000.00 | $0.00 | $7,000.00 |
| 001 2700-00 | CLERK OF COURT | Administrative | | $2,000.00 | $0.00 | $2,000.00 |
| 000007 | Florida Department of Revenue Bankruptcy Section Post Office Box 6668 Tallahassee, Florida  32314-6668 | Priority | (7-1) Sales and Use Tax Claim | $4,248.38 | $0.00 | $4,248.38 |
| 000004 070 7100-00 | James Kramph, CPA 8900 SW 120 St. Miami, FL 33176-5114 | Unsecured | | $2,008.20 | $0.00 | $2,008.20 |
| 001 3210-00 | JIM MILLER, ESQ. 19 West Flagler Street Suite 416 Miami, FL 33130 | Administrative | | $74,097.50 | $59,278.00 | $14,819.50 |
| 001 3220-00 | JIM MILLER, ESQ. 19 West Flagler Street Suite 416 Miami, FL 33130 | Administrative | | $544.89 | $544.89 | $0.00 |
| 001 3410-00 | KAPILA & COMPANY ATTN: Soneet Kapila 1000 South Federal Highway, #200 Fort Lauderdale, FL  33316 | Administrative | | $2,239.80 | $0.00 | $2,239.80 |
| 001 3420-00 | KAPILA & COMPANY ATTN: Soneet Kapila 1000 South Federal Highway, #200 Fort Lauderdale, FL  33316 | Administrative | | $97.05 | $0.00 | $97.05 |
| 000001 | Miami-Dade County Tax Collector 140 W Flagler St. #1403 Miami, FL 33130-1569 | Secured | (1-1) Ad Valorem Personal Property Taxes | $646.31 | $0.00 | $646.31 |
| 000003 070 7100-00 | Sam Salnick 3800 S. Ocean Drive, # 1407 Hollywood, FL 33019 | Unsecured | | $10,000.00 | $0.00 | $10,000.00 |

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-20144 | | Page 2 | | | Date: March 26, 2010 |
|---|---|---|---|---|---|---|
| Debtor Name: | DON CARLOS FOODS INC | | Claimant's Name Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002 | Zenith Insurance Company<br>21255 Califa Street<br>Woodland Hills, CA 91367 | Unsecured | | $7,183.00 | $0.00 | $7,183.00 |
| | Case Totals: | | | $242,134.05 | $59,822.89 | $182,311.16 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-20144 RAM
Case Name: DON CARLOS FOODS INC
Trustee Name: DREW M. DILLWORTH

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: DREW M. DILLWORTH* | $_____ | $_____ |
| *Attorney for trustee: JIM MILLER, ESQ.* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant: KAPILA & COMPANY* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges: CLERK OF COURT* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000003* | *Sam Salnick* | $_____ | $_____ |
| *000004* | *James Kramph, CPA* | $_____ | $_____ |
| *000005* | *Bank of America NA* | $_____ | $_____ |
| *000006A* | *Lawrence Bieler* | $_____ | $_____ |

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be         percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $         .