ORDERED in the Southern District of Florida on July 20, 2010



_____
Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re:<br><br>DON CARLOS FOODS, INC.,<br><br>         Debtor. | CASE NO. 07-20144-BKC-RAM<br>CHAPTER  7 |

### ORDER ALLOWING FEES

After notice to all creditors, this Court has examined all pending fee applications filed in this case. The Court has considered these applications and finds that the following allowances are reasonable.

I find that reasonable compensation for Drew M. Dillworth, Trustee, is $12,144.45 plus expenses of $246.24.

*KM*

I find that reasonable compensation for James B. Miller, Attorney for Trustee, is $14,819.50.

*RM*

I find that reasonable compensation for Soneet R. Kapila, Accountant for Trustee, is $2,239.80 plus expenses of $97.05.

The Trustee is authorized and directed to pay the foregoing sums (or to pay the awards pro rata if there are insufficient funds) and shall pay to the Clerk of the Court $-0- for special charges.

In allowing the foregoing fees, this Court has considered the criteria specified in 11 U.S.C. §§326 and 330 and the requirements of B.R. 2016 in light of the principles stated in Hensley v. Eckerhart, 461 U.S. 424, 433 (1983); Blum v. Stenson, 465 U.S. 886, 897 (1984); Pennsylvania v. Delaware Valley Citizens' Council for Clean Air, 478 U.S. 546 (1986); and Norman v. Housing Authority of Montgomery, 836 F.2d 1292, 1299 (11th Cir. 1988). Specific findings and the considerations supporting these conclusions have been omitted in the interest of brevity, but will be prepared and filed at the request of any party if received by this Court within 10 days after the entry of this Order.

###

Copy to:

Drew M. Dillworth, Trustee
Office of the Assistant U.S. Trustee