UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  
**DON CARLOS FOODS, INC.**  
TIN: 59-1638067

Case No. 07-20144-BKC-RAM  
Chapter 7

_____Debtor(s)_____/

### TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on July 23, 2010. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

Dated: July 23, 2010

/s/ Drew M. Dillworth  
DREW M. DILLWORTH, Trustee  
150 W. Flagler Street  
22nd Floor  
Miami, FL 33130  
Telephone: (305) 789-3598  
Telefax: (305) 789-3395

#394948 v1

```
Label Matrix for local noticing          Don Carlos Foods Inc                    Miami-Dade County Tax Collector
113C-1                                   3800 S. Ocean Dr #1407                  (Burch)
Case 07-20144-RAM                        Hollywood, FL 33019-2921                140 W Flagler St #1403
Southern District of Florida                                                     Miami, FL 33130-1561
Miami
Fri Jul 23 12:24:47 EDT 2010

Office of the US Trustee                 State of Florida Department of Revenue  Zenith Insurance Company
51 SW 1st Ave                            c/o Linda Smith                         c/o Kathleen A Sauer
Suite 1204                               POB 6668                                21255 Califa St
Miami, FL 33130-1614                     Tallahassee, FL 32314-6668              Woodland Hills, CA 91367-5021


American Express                         Atty General of the US                  Bank of America
POB 360002                               950 Pennsylvania Avenue, NW             POB 538673
Ft. Lauderdale, FL 33336-0002            Room 400                                Atlanta, GA  30353-8673
                                         Washington, DC  20530-0001


Bank of America NA                       Florida Department of Revenue           (p)INTERNAL REVENUE SERVICE
POB 26012                                Bankruptcy Section                      CENTRALIZED INSOLVENCY OPERATIONS
NC4-105-03-14                            Post Office Box 6668                    PO BOX 21126
Greensboro,NC 27420-6012                 Tallahassee, Florida  32314-6668        PHILADELPHIA PA 19114-0326


James Kramph, CPA                        Lawrence Bieler                         Lisa Bonidy
8900 SW 120 St.                          Atty for Marvin and Ruth Mandel         741 West 17th Street
Miami, FL 33176-5114                     One Biscayne Tower, Ste 3700            Hialeah, FL 33010-2416
                                         Two South Biscayne Blvd
                                         Miami, FL 33131-1806


Miami-Dade County Tax Collector          Paula Greenaway                         Richard Salik
140 W Flagler St. #1403                  c/o Paul F. Clark                       741 West 17th Street
Miami, FL 33130-1561                     9130 S. Dadeland Blvd.                  Hialeah, FL 33010-2416
                                         Ste 1701
                                         Miami, FL  33156-7858


Sam Salnick                              Sam Salnik                              Special Asst US Atty
3800 S. Ocean Drive, # 1407              3800 S. Ocean Drive # 1407              Assoc Area Counsel ( SBSE )
Hollywood, FL 33019-2921                 Hollywood, FL 33019-2921                Ft. Lauderdale, Royal Palm Bldg
                                                                                 1000 Pine Island Rd., # 300
                                                                                 Plantation, FL 33324-3910


Susan Salnik                             US Attorney                             Zenith Insurance Company
741 West 17th Street                     Southern District of Florida            21255 Califa Street
Hialeah, FL 33010-2416                   99 NE 4th Street                        Woodland Hills, CA 91367
                                         Miami, FL 33132-2131


Drew M Dillworth                         Kevin C Gleason Esq                     Marvin Mandel
2200 Museum Tower                        4121 N 31 Ave                           c/o Lawrence Bieler
150 West Flagler St                      Hollywood, FL 33021-2011                2 S Biscayned Blvd #3700
Miami, FL 33130-1536                                                             Miami, FL 33131-1818


Ruth Mandel
c/o Lawrence Bieler
2 S Biscayne Blvd #3700
Miami, FL 33131-1818
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Centralized Insolvency Operations
POB 21126
Philadelphia, PA  19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28